IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02461-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

KEVIN A. MOORE,

      Applicant,

v.

[NO NAMED RESPONDENT],

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Applicant, Kevin A. Moore, is in the custody of the Federal Bureau of Prisons and

currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado.

Applicant has submitted a Letter indicating he seeks to challenge the execution of his

sentence in a 28 § U.S.C. § 2241 action.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has

determined that the submitted document is deficient as described in this Order.

Applicant will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Applicant files in response to this Order must include the civil action number

on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>     is not submitted
(2)   <u>  </u>     is missing affidavit
(3)   <u>  </u>     is missing certified copy of prisoner's trust fund statement for the 6-month
                  period immediately preceding this filing
(4)   <u>X</u>     is missing a certified account statement showing the current balance in
                  Applicant's prison account

(5)    __    is missing required financial information
(6)    __    is missing an original signature by the prisoner
(7)    __    is not on proper form (must use the Court's current form)
(8)    __    names in caption do not match names in caption of complaint, petition or habeas application
(9)    __    An original and a copy have not been received by the court. Only an original has been received.
(10)   X    other: Applicant may pay the $5.00 filing fee in lieu of filing a § 1915 Motion and Affidavit.

**Complaint, Petition or Application**:
(11)   X    is not submitted
(12)   __    is not on proper form (must use the Court's current form)
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    An original and a copy have not been received by the court. Only an original has been received.
(17)   __    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   __    names in caption do not match names in text
(19)   __    other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Applicant shall obtain copies of the court-approved forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (if needed), with the assistance of his case manager or the facility's legal assistant, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 8, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge